IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-575

| | |
|---|---|
| ARE-100/800/801 CAPITOLA, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> PROTECS, LLC d/b/a and t/a SCETORP, LLC, FLORKOTE INDUSTRIAL FLOORING, INC., GAMEWELL MECHANICAL, A DIVISION OF WOODFIN HEATING INC., VIVISOURCE LABORATORIES, INC., STRAIGHT CUT INC., and ADAMS ELECTRIC COMPANY, <br> Defendants. | **ORDER PLACING CASE ON INACTIVE DOCKET** |

THIS MATTER came before the Court on the Motion of Defendant ProTecs, LLC d/b/a and t/a Scetorp, LLC ("ProTecs") to place the case on the Court's inactive docket with consent from Defendant Vivisource Laboratories, Inc. After having reviewed the Motion and the record in this case, including the recitation of consent, the Court finds that the case is appropriate for the inactive docket.

IT IS ORDERED that Plaintiff's Motion to Move Case to Inactive Status is granted. IT IS FURTHER ORDERED that this case be placed on the Court's Inactive Docket until such time as one of the parties files a motion to reactivate the case or the claims are dismissed.

So Ordered, this the _17_ day of October, 2011.

                                                  The Honorable Terence W. Boyle