IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:10-CV-575

ARE-100/800/801 CAPITOLA, LLC,

Plaintiff,

vs.

PROTECS, LLC d/b/a and t/a SCETORP, LLC,
FLORKOTE INDUSTRIAL FLOORING, INC.,
GAMEWELL MECHANICAL, A DIVISION OF
WOODFIN HEATING INC., VIVISOURCE
LABORATORIES, INC., STRAIGHT CUT INC.,
and ADAMS ELECTRIC COMPANY,
Defendants.

**ORDER PLACING CASE ON
INACTIVE DOCKET**

THIS MATTER came before the Court on the Motion of Defendant ProTecs, LLC d/b/a and t/a Scetorp, LLC ("ProTecs") to place the case on the Court's inactive docket with consent from Defendant Vivisource Laboratories, Inc. After having reviewed the Motion and the record in this case, including the recitation of consent, the Court finds that the case is appropriate for the inactive docket.

IT IS ORDERED that Plaintiff's Motion to Move Case to Inactive Status is granted. IT IS FURTHER ORDERED that this case be placed on the Court's Inactive Docket until such time as one of the parties files a motion to reactivate the case or the claims are dismissed.

So Ordered, this the 17 day of October, 2011.

Terence Boyle
The Honorable Terence W. Boyle